THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| HARU B. DEGAGGU, *et al.*, | CASE NO. C22-0845-JCC-BAT |
| Petitioners, | MINUTE ORDER |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | |
| Respondents. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion and proposed order of dismissal (Dkt. No. 17). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Such is the case here. Accordingly, the stipulation is self-executing. This action is DISMISSED without prejudice, with each party to bear its own attorney fees and other litigation expenses. The Clerk is directed to CLOSE this case.

//

//

//

MINUTE ORDER
C22-0845-JCC
PAGE - 1

DATED this 18th day of July 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk